UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9 | 3 | 2025
```

Lester Pearson,

                              Plaintiff,

        -against-

City of New York, et al.,                        No. 22 Civ. 10669 (CM) (SLC)

                              Defendants.

## ORDER

McMahon, J.:

        The court dismissed most of the claims in this case with prejudice, but two claims were dismissed (one in whole, one in part) with leave to replead, in an order dated March 26, 2024 (Dkt #100). The plaintiff took an untimely interlocutory appeal from this order, and at the parties' request I stayed the case pending the outcome of the appeal, with the directive that the parties keep me apprised of the status of the appeal.

        Needless to say, the appeal was promptly dismissed for want of appellate jurisdiction, as the entire complaint had not been dismissed with prejudice. The mandate from the Court of Appeals issued almost a year ago, on September 18. 2024 (Dkt. #106). By its terms, the stay pending appeal was automatically dissolved on that date.

        There has been no activity in this case since the mandate issued. No party bothered to notify the court when the appeal was dismissed. The plaintiff who had 30 days from the date the case once again became active on my docket to file an amended pleading as to the two counts that were not dismissed with prejudice – has never filed an amended pleading.

Nor has the City taken any steps to have the case dismissed for failure to prosecute, or to comply with this court's order to amend dated March 26, 2024.

The plaintiff has ten business days to show cause why this action should not be dismissed in its entirety and with prejudice as to the two remaining claims for failure to prosecute. The City may have ten business days to respond. No reply is necessary.

Dated: September 3, 2025

_____
U.S.D.J

BY ECF TO ALL COUNSEL