

**STEVEN BANKS**
Corporation Counsel

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
phone: (212) 356-2657
fax: (212) 356-3509
jzangril@law.nyc.gov

June 23, 2026

**BY ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



     Re: <u>Lester Pearson v. City of New York, et al.</u>,
       22-CV-10669 (CM)

Your Honor:

   I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above referenced matter. I write to respectfully request an extension of time for Defendant City to provide a response to Plaintiff's settlement demand until July 10, 2026, and to respectfully request on behalf of the parties an adjournment of the settlement conference presently scheduled for Tuesday, June 30, 2026 at 2:00 p.m. Plaintiff's counsel, David Broderick, Esq., consents to the first request and joins in the second. This is City's first request for an extension of time to reply to Plaintiff's settlement demand and the parties first request to adjourn the settlement conference.

   By way of background, on May 14, 2026, the Court entered a Settlement Conference Scheduling Order setting dates by which the parties needed to provide a settlement demand by June 16, 2026, and reply by June 23, 2026. (ECF Dkt. 115). Plaintiff provided a demand in accordance with the Court's direction on June 16th, however, the Defendant respectfully requests a short extension of time to finalize its internal deliberative process and extend an offer. The undersigned had hoped to have the process completed by today but unfortunately additional time is required. This extension is intended to permit the Defendant to engage in meaningful settlement discussions, enhance the chances of the parties reaching a resolution at the conference and avoid unnecessarily expending the time and resources of the Court and parties.

   Lastly, the parties respectfully request an adjournment of the settlement conference currently scheduled for June 30, 2026. In addition to permitting the Defendant additional time to respond to Plaintiff's settlement demand, this request is made in light of

Plaintiff's counsel, Mr. Broderick recently undergoing a significant surgical procedure, for which he still requires additional time to recover.

In accordance with the Court's Individual Rules and Practices, the parties have conferred and determined that they are available for a rescheduled settlement conference on the following dates and times:

- July 16, 2026;
- July 17, 2026 from 2:00 PM - 5:00 PM;
- July 20, 2026;
- July 21, 2026 from 9:00 AM - 12:00 PM;
- July 22, 2026;
- July 30, 2026;
- July 31, 2026 from 9:00 AM - 2:00 PM;
- August 3, 2026; or
- Another date and time that is more convenient to the Court.

For the foregoing reasons, the Defendant respectfully requests an extension of time until July 10, 2026, to provide a response to Plaintiff's settlement demand, and the parties respectfully request an adjourn of the settlement conference currently scheduled for June 30, 2026 at 2:00 PM to one of the dates and times listed above or to another date and time that is more convenient to the Court.

Respectfully submitted on behalf of the parties,

*/s/ Joseph Zangrilli*

Joseph Zangrilli
*Senior Counsel*

Cc:    David J. Broderick, Esq. **(via ECF)**
       *Attorney for Plaintiff*

---

The Defendant City of New York's (the "City") request at Dkt. No. 116 for an extension of time to provide a response to Plaintiff's Settlement Demand is **GRANTED**. The City shall inform Plaintiff of its response to the demand by **Friday, July 10, 2026**.

The parties' separate request at Dkt. No. 116 for an adjournment of the Settlement Conference is also **GRANTED**. The Settlement Conference scheduled for June 30, 2026, at 2:00 p.m. ET is **ADJOURNED** to **Wednesday, August 5, 2026, at 2:00 p.m. ET** and will take place by video conference hosted by the Court on the Webex platform.

As set forth in paragraph 4 of the Court's "Standing Order Applicable to Settlement Conferences" (Dkt. No. 115 at 4, (the "Standing Order")), written submissions must be recieved by the Court **and the opposing party** no later than **July 30, 2026**. These submissions must be emailed to Chambers at Cave_NYSDChambers@nysd.uscourts.gov; the submissions should <u>not</u> be submitted via the ECF system. Counsel must ensure that their client(s) and insurer(s), if any, have read the other side's submission before the conference.

The parties are further reminded that they must promptly execute and return the Attendance Form, annexed to Dkt. No. 115, with the names and email addresses of the individuals who will be attending, following which the Court will provide the link for the settlement conference.

The Clerk of Court is respectfully directed to close Dkt. No. 116 and to set this conference as a settlement conference even though it will take place remotely.

SO ORDERED.    June 23, 2026

SARAH L. CAVE
United States Magistrate Judge