UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESTER PEARSON,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendant.

CIVIL ACTION NO.: 22 Civ. 10669 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 3, 2026, the parties informed the court via email that this action has settled. Accordingly, the settlement conference scheduled for August 5, 2026 at 2:00 p.m. ET is **CANCELLED**. (Dkt. Nos. 115, 117). The deadline for the parties to submit written statements on August 3, 2026 at 5:00 p.m. ET is also **CANCELLED** as moot. (Dkt. No. 119).

The Clerk of Court is respectfully directed to terminate the August 5, 2026 settlement conference.

Dated: New York, New York
August 3, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**