UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESTER PEARSON,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

CIVIL ACTION NO.: 22 Civ. 10669 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, October 15, 2026, another telephone conference to discuss the status of settlement is scheduled for **October 26, 2026 at 4:00 p.m. ET** on the Court's Conference Line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 15, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**